UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NTRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:17-CV-3338-G (BH) |
| ANTOINITA A. MIDDLETON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court. The removing defendant's application to proceed in district court without prepaying fees or costs (short form), filed December 8, 2017 (docket entry 4), is **DENIED**, and this removed case will be remanded by separate judgment.

**SO ORDERED**.

January 19, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**